UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
In re:                                                                    Chapter 11

YL WEST 87TH HOLDINGS I, LLC,            Case No. 09-15445 (AJG)

                                         Debtor.
--------------------------------------------------------X

## NOTICE OF WITHDRAWAL OF MOTION OF YL WEST 87TH HOLDINGS I, LLC TO APPROVE DEBTOR IN POSSESSION FINANCING FROM ARKO HOLDINGS, LTD.

**PLEASE TAKE NOTICE** that YL West 87th Holdings I, LLC, the debtor and debtor in possession hereby withdraws its Motion to Approve Debtor in Possession Financing from Arko Holdings, Ltd. on an Emergency Basis and Scheduling Final Hearing filed on November 13, 2009 [Docket No. 25].

Dated: Uniondale, New York
        February 3, 2010                         Forchelli, Curto, Deegan, Schwartz,
                                                     Mineo, Cohn & Terrana, LLP
                                                     Attorneys for the Debtor and
                                                     Debtor in Possession

                                       By:    /s/ Brian J. Hufnagel
                                                     Brian J. Hufnagel
                                                     Gary M. Kushner
                                                     A Partner of the Firm
                                                     The Omni
                                                     333 Earle Ovington Blvd, Suite 1010
                                                     Uniondale, New York 11553
                                                     Tel. (516) 248-1700
                                                     Fax (516) 248-1729