```
UNITED STATES BANKRUPTCY COURT        Hearing Date:  10/27/10
SOUTHERN DISTRICT OF NEW YORK         Hearing Time:  9:30 a.m.
------------------------------------X
In re                               :  Case No. 09-15445 (AJG)

YL WEST 87TH HOLDINGS I, LLC,       :  Chapter 11

               Debtor.              :  **NOTICE OF MOTION**

------------------------------------X
```

      PLEASE TAKE NOTICE that upon the annexed motion, the United States Trustee for Region 2 (the "United States Trustee") will move this Court before the Honorable Arthur J. Gonzalez, Chief United States Bankruptcy Judge, in the United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004 on October 27, 2010, 9:30 a.m., or as soon thereafter as counsel can be heard, for an order converting these Chapter 11 cases to Chapter 7 cases or, in the alternative, dismissing these Chapter 11 cases, and for such other and further relief as this Court may deem just and proper. The original motion is on file with the Clerk of the Bankruptcy Court.

      PLEASE TAKE FURTHER NOTICE that any responsive papers should be filed with the Court and personally served on the United States Trustee, at 33 Whitehall Street, 21st Floor, New York, New York 10004-2112, to the attention of Serene K. Nakano, Esq., no later than three (3) days prior to the return date set forth above. Such papers shall conform to the Federal Rules of

Civil Procedure and identify the party on whose behalf the papers are submitted, the nature of the response, and the basis for such response.

Dated: New York, New York
September 20, 2010

        TRACY HOPE DAVIS
        UNITED STATES TRUSTEE

By: */s/ Serene K. Nakano*
    SERENE K. NAKANO (SN-9556)
    Trial Attorney
    33 Whitehall Street
    21st Floor
    New York, New York 10004-2112
    Tel. No. (212) 510-0500
    Fax. No. (212) 668-2255