UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
In re                              :     Case No. 09-15445 (AJG)

YL WEST 87TH HOLDINGS I, LLC,      :     Chapter 11

                Debtor.      :

------------------------------------X

## **DECLARATION OF SERENE K. NAKANO**

Pursuant to 28 U.S.C. § 1746, Serene K. Nakano declares as follows:

1. I am an attorney in the Office of the United States Trustee for the Southern District of New York and have responsibility for the above-captioned case. I submit this declaration based upon my personal participation in this case and upon my review of documents filed with the Court and maintained by this Office.

2. Attached as Exhibit A is a true and correct copy of the Court's docket in the above-captioned case.

3. Attached as Exhibit B is a true and correct copy of a decision entered by this Court on January 13, 2010 (ECF No. 39).

4. Attached as Exhibit C is a true and correct copy of an order entered by this Court on January 21, 2010 (ECF No. 41).

1

5. No prior application seeking the relief requested herein has been filed by the United States Trustee.

I declare under penalty of perjury that the information contained in this Declaration is true and correct.

Dated:   New York, New York
         September 20, 2010

                                      /s/ Serene K. Nakano
                                      SERENE K. NAKANO
                                      Trial Attorney